# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Valerie O'Neil <br>                 <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-16692 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of POLONIA BANK, and index same on the master mailing list.

Re: Loan # Ending In: 7016

                                                      Respectfully submitted,

                                                      **/s/Joshua I. Goldman, Esquire**
                                                      Joshua I. Goldman, Esquire
                                                      Thomas Puleo, Esquire
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106-1532
                                                      (215) 825-6306  FAX (215) 825-6406