**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Valerie O'Neil

13

Bky No. 16-16692

Debtor(s).

**ORDER**

**AND NOW,** this 5th day of September, 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000 less $1,500 already paid with a remaining balance of $1,500 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:    **Law Offices of Erik B. Jensen, P.C.**
       **ERIK B. JENSEN, ESQUIRE**
       **1528 Walnut Street**
       **Suite 1401**
       **Philadelphia, PA  19102**

       William C. Miller, Esquire
       Chapter 13 Trustee
       Post Office Box 40119
       Philadelphia, PA 19106

       Valerie O'Neil
       518 E. Queen Lane
       Philadelphia, PA 19144