United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Valerie O'Neil  
      Debtor

Case No. 16-16692-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Sep 05, 2017 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
db           +Valerie O'Neil,   518 E. Queen Lane,   Philadelphia, PA 19144-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
      ERIK B. JENSEN   on behalf of Debtor Valerie  O'Neil john@erikjensenlaw.com, regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
      JEREMY JOHN KOBESKI   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
      JEROME B. BLANK   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   POLONIA BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
      TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Valerie O'Neil

Debtor(s).

13

Bky No. 16-16692

**ORDER**

**AND NOW,** this 5th day of September, 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000 less $1,500 already paid with a remaining balance of $1,500 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:    Law Offices of Erik B. Jensen, P.C.
**ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Valerie O'Neil
518 E. Queen Lane
Philadelphia, PA 19144